USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SEAN H. THOMAS,                                 :
                                                :
                              Plaintiff,        :
                                                :     21-CV-3673 (VEC)
              -against-                         :
                                                :     ORDER
CITIGROUP GLOBAL MARKETS HOLDINGS               :
INC.,                                           :
                                                :
                              Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on March 30, 2022, the Court granted Defendant's motion to dismiss Plaintiff's complaint, Dkt. 30;

   WHEREAS in the same order, the Court allowed Plaintiff to seek leave to amend his complaint, *id.* at 3;

   WHEREAS the Court informed Plaintiff that "if [he] chooses to seek leave to file an amended complaint, he must do so by no later than Friday, April 22, 2022," *id.*;

   WHEREAS the Court further informed Plaintiff that if he "fails to file a motion seeking leave to amend his complaint by the deadline, . . . the Court will dismiss Plaintiff's claims with prejudice and will close this case," *id.* at 4; and

   WHEREAS Plaintiff did not file a motion seeking leave to amend his complaint by the deadline.

   IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed with prejudice.

   The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

2

**SO ORDERED.**

**Date:  May 6, 2022**                  _____
   **New York, New York**             **VALERIE CAPRONI**
                       **United States District Judge**

2